# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MELISSA CHANGEUX                          ,

        Plaintiff(s)

v.

METROPOLITAN LIFE INSURANCE
COMPANY and SUTTER HEALTH
                         ,

        Defendant(s)

CASE No    03:16-CV-001794-EMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☑ **Mediation** (ADR L.R. 6)

- ☐ **Private ADR** (*specify process and provider*)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you* must *file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☑ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.* )

- ☐ other requested deadline:

Date: 08/12/16                    /s/ Lawrence Mann
_____
                         Attorney for Plaintiff

Date: 08/12/16                    /s/ Linda B. Oliver
_____
                         Attorney for Defendant

☑ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: _____
               U.S. DISTRICT/M

*IT IS SO ORDERED*
*Judge Edward M. Chen*

> *Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*