| | |
|---|---|
| 1 | LAWRENCE ARTHUR MANN (SBN 83698) |
| | larrymann@InsuranceDisabilityLaw.com |
| 2 | LAW OFFICES OF LAWRENCE MANN |
| | 259 Oak Street |
| 3 | San Francisco, CA 94102 |
| | Telephone: (415) 522-7707 |
| 4 | Facsimile: (415) 552-7743 |

Attorney for Plaintiff
MELISSA CHANGEUX

LINDA B. OLIVER (SBN 166720)
loliver@maynardcooper.com
ALEXANDRA V. DRURY (SBN 291920)
adrury@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and MASTER PLAN FOR THE SUTTER HEALTH
SPONSORED WELFARE BENEFIT PLANS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA CHANGEUX, | ) Case No.: 03:16-cv-001794-EMC |
| | ) |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL** |
| vs. | ) **WITH PREJUDICE**; ORDER |
| | ) |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY and SUTTER HEALTH, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be had hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their own fees and costs.

We hereby attest that concurrence in the filing of this document was obtained by each of the below identified signatories.

Date: May 31, 2017         LAW OFFICES OF LAWRENCE MANN

By: /s/ Lawrence Man
Lawrence Mann
Attorney for Plaintiff
MELISSA CHANGEUX

Date: May 31, 2017         MAYNARD, COOPER, & GALE, LLP

By: /s/ Linda B. Oliver
Linda B. Oliver
Alexandra V. Drury
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE
COMPANY and MASTER PLAN FOR THE
SUTTER HEALTH SPONSORED WELFARE
BENEFIT PLAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen